# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHRET HARVEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-4200** |
| **O. KENT ANDREWS, WARDEN** | **SECTION "J"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Stephret Harvey for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___26th___ day of _____February_____, 2010.

_____
United States District Judge