UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHRET HARVEY | CIVIL ACTION |
| VERSUS | NO: 09-4200 |
| O KENT ANDREWS ET AL | SECTION: J |

## ORDER

Considering Plaintiff's **Motion for Certificate of Appealability (Rec. Doc. 18)**,

This Court has previously ordered that a Certificate of Appealability will not be issued in this matter. See Rec. Doc. 17. Accordingly, **IT IS ORDERED** that Plaintiff's Motion for Certificate of Appealability is **DENIED** as **MOOT**.

New Orleans, Louisiana, this 26th day of March, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE